IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| Christopher (Bruce) The Living Man Plaintiff | Case # _____ |
| --- | --- |
| V. | COMPLAINT |
| The Polk County Jail Et Al Respondent | |

I, christopher (bruce) the living man do hereby submit this complaint:

1. That the Polk County Jail has violated my rights, provided by Article 1, Section 8, Clause 17, U.S Constitution, to be able to properly defend myself in my own person, in that:

a. I am not provided the means to file documents in my case unless I pay $.64 cents for a stamped envelope.
b. I have no internet access with which to investigate an internet/computer related crime (I was charged with such a crime).
c. I have no means to talk to, depose or question prosecution's witnesses.
d. I have no means to talk to my witnesses unless I pay to call them @ $2.38 (to connect) and $.01 (each additional minute).
e. I get an average of 1 hour a week in a substandard

-1-

"law library" to peruse law books and type up legal documents; not nearly even giving me ¼ of the time required for a pro se litigant to prepare a proper defense in a felony trial.

2. That the Polk County Jail continuously steals my personal belongings and money from my account and does little to nothing about it during the grievance process, or allows others to rifle through my belongings after they remove me from where they are and allows them to steal property.

3. That the polk County Jail opens certified legal mail addressed to me, because if doesn't have a lawyer's or a court's name on it, even though it's identified as such.

4. That mail I've sent out takes as long as a week to arrive in a timely manner or NOT AT ALL, or without its contents because they did not seal the envelope well enough.

5. Reads through personal mail I send out, even though it is not addressed to anyone that I have a no contact order with.

6. They record and use my phone calls and visits

-2-

against me in a court of law. Visits and phone calls are not "interrogations," they should not require Miranda. It's been ruled that, because we "choose" to use the phones regardless of Miranda, they stand as evidence against us. We don't choose to use phones and visit stations, we have no other choice But to use them, or have no contact at all with our loved ones. Phone calls to my wife are "marital" privelege, phone calls to my attorney are "attorney-client" privelege, phone calls to ANYONE as "pro se" is "work product" privelege.

7. They continuously violate my civil rights, in that:

    a. because of limited abilities and time or freedom to view evidence, talk to witnesses, etc., I am duly deprived of my rights of due process of law.

    b. Unless the State has a criminal action against me, I am not informed of or allowed to attend hearings that regard juvenile, civil or federal actions.

    c. They allow and excuse companies that sub-contract under them to take funds from inmates, and refuse to straighten out wrongful deductions. (Medical and Commissary, Securus)

-3-

d. deprive inmates of immediate/emergency care

e. Make inmates wait as long as a week to use limited legal resources (books, law library) and punish inmates for utilizing the law library "improperly" (I printed out 1 sheet of paper that wasn't a legal document out of 7 documents printed - and was banned from using the law library for 30 days and segregated for 8 hours)

f. Charges inmates for medical visits for stated conditions known to medical staff already

g. Punishes general population for the actions of single inmates:

1) Restricts movement for hours at a time.
2) Refuses to feed the general population because inmates refuse to sit down
3) denies privileges like TV and movies because 1 or 2 people won't clean.
4) Threatens solitary to those who want gloves to clean
5) Will punish the whole pod for the loss of a food tray, but blame inmates when personal property or commissary is stolen for "not attending to your own belongings."

-4-

6). Will confine inmates to solitary because they are being threatened by other inmates, but don't punish (or move) the inmate who threatens.

7) deprives other inmates of receiving commissary that has been paid for because of one or two unruly inmates.

h. Allows correctional officers to involve themselves in the grievance process (to be able to allow or deny what an inmate wants to complain about); even though 90% of all complaints tend to concern a correctional officer or his actions.

i. Diverts mail directed to jail officials or important recipients (mail sent to the chief jailer and the Polk County Sheriff was read by and answered by Captain Williams) and is opened by others.

For each count of my rights violated and laws broken, the defendant asks for reasonable relief and remedy in the amount of $1,000.00 (one thousand dollars) per violation, and that those guilty of any violations of federal law be properly fined or jailed for their unlawful actions.

*(signature)* T.L.M.
Christopher (Bruce) The Living Man
Sui Juris., All rights reserved
UCC 1-308, formerly UCC 1-207
Without Prejudice
ID # 78690 ^ N836
1985 NE 51st St. Pl.
Des Moines, IA  50313-2517



AMOS L. HOLT III
COMMISSION NO. 783092
MY COMMISSION EXPIRES
3/15/17

14/8/16

To the Clerk of Federal District Court,    Nov. 8th, 2016

This is a new case. I am currently incarcerated in the Polk County Jail, and am wanting to proceed in forma pauperous. I have other complaints and cases currently open. Please file this complaint and send a receipt to the address below.

Christopher (Bruce) The Living Man
Sui Juris, All Rights Reserved
Without Prejudice
UCC 1-308, formerly UCC 1-207
ID #78690 N836
1985 NE 51st St. Pl.
Des Moines, IA 50313-2517

RECEIVED
NOV 10 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

AMOS L. HOLT III
COMMISSION NO. 783092
MY COMMISSION EXPIRES
3/13/17

Christopher Bruce
ID # 78690 N836
1985 NE 51st St. Pl.
Des Moines, IA 50313-2517

CLEARED BY U.S.M.S.

Clerk of Federal District Court
123 E. Walnut St.
Des Moines, IA 50309

50309-204075