FORM B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION



RECEIVED
NOV 29 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Christopher (Bruce) The Living Man

Plaintiff,

vs.

Sheriff Bill McCarthy
Joe Simon
Capt. Cory Williams

Defendants.

No. 4: 16 -cv- 00591-RGE-HCA

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT
OF FEES AND AFFIDAVIT**

I, Christopher (Bruce) The Living Man declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without being required to **prepay** the full filing fee, I state that because of my poverty, I am unable to prepay the filing fee for this action; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1. Where are you imprisoned?
   Polk County Jail, 1985 NE 51st St., Des Moines, IA 50313-2517

2. When did you begin your imprisonment there?
   Jan. 20th, 2016

3. When do you expect to be released?
   Dec. 30th, 2016

4. Are you presently receiving an allowance or wages from the prison or jail? NO
   If the answer is YES, state the amount of your allowance or wages per month.
   
   N/A

5. Have you received within the past 12 months any money from a business, profession or other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity, life insurance, gifts, inheritances, court award or settlement, or other sources? __no__ If YES, give the amount received and identify the sources:

6. What is the current balance in your prison account?

   .06

7. Do you own cash, or do you have money in a checking or savings account, other than a prison account? __no__ If YES, state the current balance:

8. Do you own any real estate, stocks, bonds, notes, vehicles, or other valuable property (you need not mention ordinary household and cell furnishings, such as radios, TV sets, stereo, books, etc., and personal clothing)? __no__ If YES, describe the property and state its approximate value:

I hereby authorize officials of the institution where I am incarcerated to release my financial records to the court.
**My identification number at this institution is:** __#78690__.

I declare under penalty of perjury that I have read the foregoing and it is true, complete, and correct.

Signed this __17__ day of __November__, 20__16__.

_____
(Signature of Plaintiff)

JEFF CASKEY
COMMISSION NO. 766026
MY COMMISSION EXPIRES
12-27-19